Court of Customs and Patent Appeals denied. *Mr. J. Stuart. Tompkins* for petitioner. *Solicitor General Thacher, Assistant Attorney General Lawrence,* and *Messrs. Claude R. Branch* and *Wm. H. Riley, Jr.,* for the United States.

No. 701. MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RY. Co. *v.* GALVIN. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Henry S. Mitchell* for petitioner. *Mr. Werner W. Schroeder* for respondent.

No. 702. TOLBERT *v.* NEW YORK LIFE INS. Co. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Erskine R. Myer* and *Norton Montgomery* for petitioner. *Messrs. Louis H. Cooke* and *Henry McAllister* for respondent.

No. 708. FLORIDA EAST COAST RY. Co. *v.* ACHESON. March 21, 1932. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. Robert H. Anderson* for petitioner. *Mr. H. H. Taylor* for respondent.

No. 709. TYSON *v.* UNITED STATES. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Forrest McCutcheon* for petitioner. *Solicitor General Thacher,* and *Messrs. Whitney North Seymour, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.